Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-5460FDB |
| Plaintiff, ) | |
| ) | ORDER AUTHORIZING |
| v. ) | INTERLOCUTORY SALE OF |
| ) | 2003 HUMMER H2, VIN: |
| TOBIAS GRACE, and ) | 5GRGN23U23H110403 |
| SCOTT LANEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter having come before the Court upon the stipulated motion of the parties, the United States of America, plaintiff and Tobias Grace, defendant, together with his spouse, Monica Grace, and the Court having considered the motion, the positions of the parties and the files and records herein, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. The Motion for an Interlocutory Sale of a seized vehicle, described as one 2003 Hummer H2, VIN: 5GRGN23U23H110403, Washington license 132PHM, titled in the names of Tobias and Monica Grace, (2003 Hummer) is GRANTED;

2. Plaintiff, defendant, and defendant's spouse agreed to the interlocutory sale of the 2003 Hummer;

ORDER AUTHORIZING INTERLOCUTORY SALE — 1
(2003 HUMMER)
CR04-5460FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. The interlocutory sale is necessary to prevent undue waste and/or deterioration of the property and to minimize costs of storage maintenance and preservation;

4. The United States Marshals Service shall promptly sell the 2003 Hummer utilizing its normal procedures for sale of forfeited vehicles;

5. Tobias Grace and Monica Grace shall execute all documents necessary to transfer title to the 2003 Hummer pursuant to the sale;

6. The net proceeds of the sale of the 2003 Hummer, shall be substituted for this asset, and paid into the United States Marshals Service Seized Asset Deposit Fund, pending resolution of this criminal case and any subsequent criminal forfeiture ancillary proceeding.

DATED this 11th day of March, 2005

/s/ Franklin D Burgess
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Peter O. Mueller
Peter O. Mueller
Assistant United States Attorney

/s/ Barry L. Flegenheimer
Barry L. Flegenheimer
Attorney for Tobias Grace

/s/ Todd Maybrown
Todd Maybrown
Attorney for Monica Grace

ORDER AUTHORIZING INTERLOCUTORY SALE — 2
(2003 HUMMER)
CR04-5460FDB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970