The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOBIAS GRACE, and<br>SCOTT LANEY,<br><br>    Defendants. | NO. CR04-5460FDB<br><br>ORDER<br>CONTINUING DEFENDANT<br>GRACE'S SENTENCING |

## O R D E R

THIS MATTER COMES before the Court on the stipulation of the government and the defendant Tobias Grace requesting an order continuing the sentencing hearing from April 28, 2006, to a date in January, 2007, a date after the sentencing hearing in the related case pending against Mr. Grace in the United States District Court for the Central District of California, United States v. Tobias Grace, CR No. 04-1261(A)-DSF, where the sentencing hearing is currently scheduled for December 11, 2006. Having considered the stipulation of the parties and all the files and records herein,

THE COURT FINDS AS FOLLOWS:

1. The facts and circumstances are as set forth in the Stipulation Requesting Order Continuing Defendant Grace's Sentencing.

2. Failure to grant a sentencing hearing continuance would result in the Court not having the findings of the sentencing court in the related case pending against Mr. Grace in the

[PROPOSED] ORDER CONTINUING
DEFENDANT GRACE'S SENTENCING/CR04-5460FDB - 1

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777

1  United States District Court for the Central District of California, <u>United States v. Tobias Grace</u>,

2  CR No. 04-1261(A)-DSF.  The findings of the California Court would assist this Court

3  adjudicating sentencing issues present in the case pending before this Court.

4        3.    The ends of justice served by granting this continuance outweigh the best interest of

5  the public and the defendant in a speedy disposition.

6        THE COURT THEREFORE ORDERS THAT:

7        The sentencing hearing shall be continued from April 28, 2006, to January 19, 2007.

8        DATED this 14th day of April,  2006.

*[signature]*

THE HONORABLE FRANKLIN D. BURGESS
United States District Judge
Western District of Washington

[PROPOSED] ORDER CONTINUING
DEFENDANT GRACE'S SENTENCING/CR04-5460FDB - 2

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777

## CERTIFICATE OF MAILING

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Annette l. Hayes
> Attorney representing the United States of America
>
> Richard J. Troberman
> Attorney representing Scott Laney

I hereby certify that I will immediately mail by United States Postal Service this document to any of the preceding parties who are found to be non-CM/ECF participants.

/s/ Ann Eldore
Ann Eldore
Legal Assistant
Bell Flegenheimer
119 First Ave. S., # 500
Seattle, WA 98104
206/621-8777
206/621-1256 fax
Ann@bellfleg.com

[PROPOSED] ORDER CONTINUING
DEFENDANT GRACE'S SENTENCING/CR04-5460FDB - 3

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777