THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR04-5460FDB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO PARTIALLY LIFT |
| v. | ) | POST-INDICTMENT RESTRAINING |
| | ) | ORDER |
| TOBIAS GRACE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed the stipulated motion of the parties to partially lift the Post-Indictment Restraining Order entered by the Court on August 26, 2004, it is hereby

ORDERED, ADJUDGED, and DECREED that:

1.     The Stipulated Motion to Partially Lift Post-Indictment Restraining Order is GRANTED; and

2.     In accordance with the Plea Agreement executed by the United States and defendant Tobias Grace on February 6, 2006, and the agreement of the United States not to seek forfeiture of Southwest Securities account number xxxxx4585, in the name of Kurt Grace; Southwest Securities account number xxxxx4020, in the name of Toby E. Grace, and Southwest Securities account number xxxxx1512, in the name of Max Grace,

ORDER GRANTING STIPULATED MOTION TO PARTIALLY
LIFT POST-INDICTMENT RESTRAINING ORDER – GRACE - 1
CR04-5460FDB

the accounts are hereby UNFROZEN.  Accordingly, Southwest Securities, its employees, agents, and attorneys are authorized to release the funds credited in each of the above-described accounts, and all proceeds therefrom.

DATED this <u>20th</u> day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

<u>    /s/ Leonie G. H. Grant    </u>
LEONIE G.H. GRANT
Assistant United States Attorney
WSBA # 12670
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:     206-553-2242
Fax:              206-553-6934
Email:          <u>Lee.Grant@usdoj.gov</u>

<u>    /s/ Barry L. Flegenheimer *    </u>          * Per authorization
BARRY L. FLEGENHEIMER
Attorney for Defendant Tobias Grace
WSBA # 11024
BELL FLEGENHEIMER
119 First Avenue South, #500
Seattle, Washington 98104
Telephone:     206-621-8777
Fax:              206-621-1256
E-mail:         <u>Barryfp@aol.com</u>

ORDER GRANTING STIPULATED MOTION TO PARTIALLY
LIFT POST-INDICTMENT RESTRAINING ORDER – GRACE - 2
CR04-5460FDB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATED MOTION TO PARTIALLY
LIFT POST-INDICTMENT RESTRAINING ORDER – GRACE - 3
CR04-5460FDB