The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR04-5460FDB |
| Plaintiff, | |
| v. | ORDER CONTINUING DEFENDANT GRACE'S SENTENCING |
| TOBIAS GRACE, | |
| Defendant. | |

**O R D E R**

THIS MATTER COMES before the Court on the stipulation of the government and the defendant Tobias Grace requesting an order continuing the sentencing hearing from January 15, 2007, to a date in January 2008 (i.e., a date after the sentencing hearing in the related case pending against Mr. Grace in the United States District Court for the Central District of California, United States v. Tobias Grace, CR No. 04-1261(A)-DSF where the sentencing hearing is currently scheduled for December 3, 2007). Having considered the stipulation of the parties and all the files and records herein,

THE COURT FINDS AS FOLLOWS:

1. The facts and circumstances are as set forth in the Stipulation Requesting Order Continuing Defendant Grace's Sentencing.

2. Failure to grant a sentencing hearing continuance would result in the Court not having the findings of the sentencing court in the related case pending against Mr. Grace in the

[PROPOSED] ORDER CONTINUING
DEFENDANT GRACE'S SENTENCING/CR04-5460FDB - 1

Bell Flegenheimer
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777

1  United States District Court for the Central District of California, <u>United States v. Tobias Grace</u>,

2  CR No. 04-1261(A)-DSF.  The findings of the California Court would assist this Court

3  adjudicating sentencing issues present in the case pending before this Court.

4      3.  The ends of justice served by granting this continuance outweigh the best interest of

5  the public and the defendant in a speedy disposition.

6      THE COURT THEREFORE ORDERS THAT:

7      The sentencing hearing shall be continued from January 19, 2007, to January 11, 2008.

8      DATED this 5th day of January, 2007.

_____

THE HONORABLE FRANKLIN D. BURGESS
United States District Judge
Western District of Washington

[PROPOSED] ORDER CONTINUING
DEFENDANT GRACE'S SENTENCING/CR04-5460FDB - 2

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777